COSDEN v. BERRINGER. (Circuit Court of Appeals, Eighth Circuit. October 20, 1919.) No. 5482. In Error to the District Court of the United States for the District of Wyoming. Alfred R. Lowey and J. M. Hodgson, both of Casper, Wyo., for plaintiff in error. R. L. Donley, of Cody, Wyo., and William E. Mullen, of Cheyenne, Wyo., for defendant in error.

PER CURIAM. Writ of error dismissed, at costs of plaintiff in error, per stipulation of parties.

CROCKETT v. UNITED STATES. (Circuit Court of Appeals, Sixth Circuit. January 6, 1920.) No. 3377. In Error to the District Court of the United States for the Western District of Tennessee; John E. McCall, Judge. Abe Cohn and Wm. R. Harrison, both of Memphis, Tenn., for plaintiff in error. Wm. D. Kyser, U. S. Atty., of Memphis, Tenn.

PER CURIAM. Order of dismissal entered.

CUDAHY PACKING CO. v. FREY & SON, Inc. (Circuit Court of Appeals, Fourth Circuit. July 16, 1919.) No. 1571. In Error to the District Court of the United States for the District of Maryland at Baltimore. See, also, 261 Fed. 65, —— C. C. A. ——. Gilbert H. Montague, of New York City (Charles W. Dunn, of New York City, amicus curiæ), for plaintiff in error. Charles Markell and Horace T. Smith, both of Baltimore, Md. (Henry S. Mitchell, of Washington, D. C., amicus curiæ, Department of Justice), for defendant in error.

PER CURIAM. Judgment of District Court reversed. Order allowing writ of error to Supreme Court filed October 13, 1919.

DOWNS et al. v. UNITED STATES. (Circuit Court of Appeals, Fourth Circuit. April 8, 1919.) No. 1693. In Error to the District Court of the United States for the Northern District of West Virginia, at Elkins. Martin Brown, of Moundsville, W. Va., for plaintiffs in error. Harry H. Byrer, Asst. U. S. Atty., and Stuart W. Walker, U. S. Atty., both of Martinsburg, W. Va.

PER CURIAM. Writ of error dismissed on motion of defendant in error.

EAST ST. LOUIS CONNECTING RY. CO. v. ROBERTS. (Circuit Court of Appeals, Eighth Circuit. July 15, 1919.) No. 5292. In Error to the District Court of the United States for the Eastern District of Missouri. W. M. Hezel and J. L. Howell, both of St. Louis, Mo., for plaintiff in error. Sidney Thorne Able and Charles P. Noell, both of St. Louis, Mo., for defendant in error.

PER CURIAM. Writ of error dismissed, at costs of plaintiff in error, per stipulation of parties, etc.

FOSTER v. UNITED STATES. (Circuit Court of Appeals, Fifth Circuit. January 16, 1920.) No. 3380. In Error to the District Court of the United States for the Southern District of Georgia; Beverly D. Evans, Judge. J. H. Foster was convicted of an offense, and he brings error. Affirmed. John R. Cooper, of Macon, Ga., for plaintiff in error. John W. Bennett, U. S. Atty., of Waycross, Ga. Before WALKER, Circuit Judge, and GRUBB and JACK, District Judges.

PER CURIAM. The judgment in the above numbered and entitled cause is affirmed.